ADOLPH PRINCE et al., Respondents, *v.* HOME INSURANCE COMPANY, Appellant.

*Prince. v. Home Ins. Co.,* 114 App. Div. 911, affirmed.
(Argued June 11, 1907; decided October 1, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 21, 1906, affirming a judgment in favor of plaintiffs entered upon a verdict and an order denying a motion for a new trial in an action to recover upon a policy of fire insurance.

*George Richards* for appellant.

*William D. Murray* and *Alfred D. Lind* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WERNER and HISCOCK, JJ.